MN-305

#1743

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:  Kelli N. Tormoen
Chapter 7 Case No.  05-34557

Please Check One:
☒  Unclaimed Dividends
☐  Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Emergency Physicians<br>Rose and Erickson<br>921 Main St<br>PO Box 5560<br>Hopkins, MN  55343 | 4 | 605.00 | 160.53 |

Date:  January 15, 2010

_____
Trustee

